```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

MELODY ROGERS MINER                                    PLAINTIFF

v.                         Civil No. 05-2156

LOCAL 373, INTERNATIONAL
BROTHERHOOD OF TEAMSTERS
and LOCAL 516, INTERNATIONAL
BROTHERHOOD OF TEAMSTERS                               DEFENDANT

### J U D G M E N T

For the reasons set forth in a Memorandum Opinion & Order filed herewith, Defendant Local 516's Motion for Summary Judgment (Doc. 19) and Local 373's Motion for Summary Judgment (Doc. 14) are GRANTED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

**The parties have thirty days from entry of this judgment on the docket in which to appeal.**

IT IS SO ORDERED.

```
                             /s/ Robert T. Dawson
Dated:   January 30, 2007    Robert T. Dawson
                             United States District Judge
```